UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Litvak, Helena

Case No.:  16-20588-KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on December 19, 2017 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

50% interest in real estate located at:
5 Hanover Court
Princeton, NJ

Valued at $205,000.00

Liens on property:

Ocwen
$195,289.98

Amount of equity claimed as exempt:

$23,675.00

Objections must be served on, and requests for additional information directed to:

Name:  Andrea Dobin, Trustee

Address:  Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*