UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Litvak, Helena          Case No.: __16-20588-KCF__

Chapter: __7__

Judge: __Kathryn C. Ferguson__

---

**NOTICE OF PROPOSED ABANDONMENT**

__Andrea Dobin,__  __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __December 19, 2017__ at __11:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> 50% interest in real estate located at:
> 5 Hanover Court
> Princeton, NJ
>
> Valued at $205,000.00

> Liens on property:
>
> Ocwen
> $195,289.98

> Amount of equity claimed as exempt:
>
> $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: __Andrea Dobin, Trustee__

Address: __Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Helena Litvak  
    Debtor

Case No. 16-20588-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Nov 20, 2017  
                      Form ID: pdf905    Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.

```
db              Helena Litvak,    34 Desbrosses Street, #205,    New York, NY  10013-1778
cr             #+Elijahu Litvak,    326 W 19 St,    Apt 4,    New York, NY 10011-3914
intp            +Stark & Stark,    993 Lenox Drive,    Lawrenceville, NJ 08648-2389
516209169       Alina Kuzmina-Potter,    19a Valkyrie Rd,    Westcliff, Essex SS0 8BY,    UNITED KINGDOM
516209170      +Alliance One Receivables Management,    6565 Kimball Drive,    Suite 200,
                 Gig Harbor, WA 98335-1206
516209171       Alliance One Receivables Management,    PO Box 510267,    Livonia, MI 48151-6267
516209172       AllianceOne Port Authority of NY&NJ,    c/o Alliance Receivable Management, Inc.,    PO Box 11641,
                 Tacoma, WA 98411-6641
516265208      +CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,    BANKRUPTCY GROUP previously filed claim.,
                 4 IRVING PLACE, ROOM 1875-S,    NEW YORK, NY 10003-3502
516209173       Capital 1/Neiman Marcus,    PO Box 729080,    Dallas, TX 75372-9080
516209175      +Chase Auto,    PO Box 901003,    Ft Worth, TX 76101-2003
516209176      +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
516209178       Chase Cardmember Services,    PO Box 15548,    Wilmington, DE 19886-5548
516209180      +Comenity Bank/Pottery Barn,    PO Box 182789,    Columbus, OH 43218-2789
516209179      +Comenity Bank/Pottery Barn,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
516209181      +Comenity Bank/Restoration Hardware,    Attention: Bankruptcy,    PO Box 182125,
                 Columbus, OH 43218-2125
516209182      +Comenity Bank/Restoration Hardware,    PO Box 182789,    Columbus, OH 43218-2789
516209183       Con Edison,    JAF Station,    PO Box 1702,    New York, NY 10116-1702
516209184       Elijahu Litvak,    c/o Stark & Stark,    PO Box 5315,    Princeton, NJ 08543-5315
516209185       Emergency Phys Svcs of NJ PA,    Dept. A,    3585 Ridge Park Drive,    Akron, OH 44333-8203
516209186       Emergency Physician Services of NJ,    c/o HCFS Healthcare Financial Services L,    PO Box 740021,
                 Cincinnati, OH 45274-0021
516209187      +Eugene Vignanker,    3856 W. Naughton Ave,    Belmont, CA 94002-1260
516209188      +Hanan M. Isaacs, Esq.,    4499 Route 27,    PO Box 583,    Kingston, NJ 08528-0583
516209193      +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                 Trenton, NJ 08601-0136
516209195      +NY Presbyterian Lower Manhattan Hospital,    170 William Street,    New York, NY 10038-2612
516209194      +NY Presbyterian Lower Manhattan Hospital,    c/o Miller & Milone, PC,
                 100 Quentin Roosevelt Blvd,    Suite 205,    Garden City, NY 11530-4843
516209190       Natalia Gelfand,    Hahistadrut 6,    Petach, Tikva 4954010,    ISRAEL
516209191       New York-Presbyterian/Lower Manhattan,    c/o Network Recovery Services, Inc.,    PO Box 28898,
                 New York, NY 10087-8898
516209196       Ocwen Loan Servicing,    PO Box 24738,    West Palm Beach, FL 33416-4738
516209198      +Pinnacle Med. dba Emergency Medical Care,    200 Chamber Street,    New York, NY 10007-1131
516209199       Princeton HealthCare Heart Group,    4 Princess Road,    Suite 207,
                 Lawrence Township, NJ 08648-2322
516209201       Princeton HealthCare System,    PO Box 4045,    Gaithersburg, MD 20885-4045
516209200       Princeton HealthCare System,    PO Box 789226,    Philadelphia, PA 19178-9226
516209202       Princeton Medical Group PA,    419 North Harrison Street,    Princeton, NJ 08540-3594
516209203      +Princeton Radiology Associates,    c/o Ctech Coll,    5505 Nesconset Hwy,
                 Mount Sinai, NY 11766-2037
516209204       Professional Claims Bureau, Inc.,    PO Box 9060,    Hicksville, NY 11802-9060
516209205       Related Management Company, LP,    c/o BGL Credit LTD,    PO Box 228,    Woodmere, NY 11598-0228
516209206      +Related Management Company, LP,    a/a/f Tribeca Green, LLC,    325 North End Avenue,
                 New York, NY 10282-1026
516209192     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    50 Barracks Street,    PO Box 269,
                 Trenton, NJ 08695)
516209209      +The Deni Law Group, LLC,    32 Church Street,    Flemington, NJ 08822-1786
516209210      +The Jack Parker Corporation,    118 W 57th Street,    New York, NY 10019-3318
516209211       Time Warner Cable,    PO Box 11820,    Newark, NJ 07101-8120
516209212      +United Collection Bureau, Inc.,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 23:41:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 23:41:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bk.notifications@jpmchase.com Nov 20 2017 23:41:12     JPMorgan Chase Bank, N.A.,
                 P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
516209174      +E-mail/Text: bk.notifications@jpmchase.com Nov 20 2017 23:41:12     Chase Auto,
                 Attn: National Bankruptcy Dept,    PO Box 29505,    Phoenix, AZ 85038-9505
516209189      +E-mail/Text: cio.bncmail@irs.gov Nov 20 2017 23:41:00     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516432318       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2017 00:17:47
                 Portfolio Recovery Associates, LLC,    c/o Paypal Extras Mastercard,    POB 41067,
                 Norfolk VA 23541
516293033       E-mail/Text: bnc-quantum@quantum3group.com Nov 20 2017 23:41:14
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin                Page 2 of 2               Date Rcvd: Nov 20, 2017
                              Form ID: pdf905            Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516209207       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2017 23:56:43       Synchrony Bank/PayPal Cr,
                 Attn: Bankruptcy,    PO Box 103104,   Roswell, GA 30076-9104
516209208       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2017 23:54:37       Synchrony Bank/PayPal Cr,
                 PO Box 965005,    Orlando, FL 32896-5005
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516209168         Alexandra Petkevich,    Prospect Nezovisimosti 18 apt 38,    Minsk,    BELARUS
516209197         Olga Vutto,   Prospect Pravda 8-178,   Minsk, 220116,    BELARUS
516209177*       +Chase Card Services,    Po Box 15298,   Wilmington, DE 19850-5298
516357314*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,   P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                      TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Denise E. Carlon    on behalf of Creditor   JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              William S. Wolfson    on behalf of Debtor Helena  Litvak wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 5
```