UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:  
Helena Litvak,  
Debtor.

CASE NO.: 16-20588-KCF  
CHAPTER 7

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2006-2, ASSET-BACKED CERTIFICATES, SERIES 2006-2 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC  
BANKRUPTCY DEPARTMENT  
130 CLINTON ROAD, SUITE 202  
FAIRFIELD, NJ 07004

RAS Citron, LLC  
Authorized Agent for Secured Creditor  
130 Clinton Road, Suite 202  
Fairfield, NJ 07004  
Telephone: 973-575-0707  
Facsimile: 973-404-8886  
By: /s/Aleisha C. Jennings  
Aleisha C. Jennings, Esquire  
Email: ajennings@rasnj.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

William S. Wolfson, LLC, Esq.
260 US Highway 202/31
Suite 1100
Flemington, NJ 08822


HELENA LITVAK
34 DESBROSSES STREET, #205
NEW YORK, NY 10013-1778

ANDREA DOBIN
CHAPTER 7 STANDING TRUSTEE
427 RIVERVIEW PLAZA
TRENTON, NJ 08611

US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Aleisha C. Jennings
Aleisha C. Jennings, Esquire
Email: ajennings@rasnj.com