UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor
Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2
ALEISHA C. JENNINGS 049302015

Order Filed on September 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Helena Litvak**

**aka Helena Glikin**

    **Debtor.**

Case No.:    16-20588-KCF

Chapter:    7

Hearing Date: September 11, 2018 at 10:00 am

Judge:    Kathryn C. Ferguson

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: September 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page **2**
Debtors: Helena Litvak aka Helena Glikin
Case No.: 16-20588-KCF
Caption of Order: **Order Vacating Stay**

---

Upon the motion of Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

5 Hanover Court, Princeton, NJ 08540

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.