UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz & Schneid, PL**
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
Attorneys for Secured Creditor
Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2
ALEISHA C. JENNINGS 049302015

Order Filed on September 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Helena Litvak**

**aka Helena Glikin**

  Debtor.

Case No.:   16-20588-KCF

Chapter:   7

Hearing Date: September 11, 2018 at 10:00 am

Judge:   Kathryn C. Ferguson

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: September 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page **2**
Debtors:    Helena Litvak aka Helena Glikin
Case No.:    16-20588-KCF
Caption of Order:  **Order Vacating Stay**

___

Upon the motion of Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

5 Hanover Court, Princeton, NJ 08540

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                                  Case No. 16-20588-KCF
Helena Litvak                                                           Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 14, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db            Helena Litvak,    34 Desbrosses Street, #205,    New York, NY   10013-1778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    Wells Fargo Bank, National Association
               ajennings@rasflaw.com
              Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              William S. Wolfson    on behalf of Debtor Helena  Litvak wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 6