Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−20588−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Helena Litvak
   aka Helena Glikin
   34 Desbrosses Street, #205
   New York, NY 10013−1778

Social Security No.:
   xxx−xx−3746

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 25, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 45 − 44
Order Granting Application to Employ Professional Joseph B. Friedman as Accountant (Related Doc # 44). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/25/2023. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 25, 2023
JAN: rms

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-20588-CMG

Helena Litvak  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| acc | + Email/Text: joe@joefriedmancpa.biz | Aug 25 2023 20:28:00 | Joseph B. Friedman, P.O. Box 734, Cherry Hill, NJ 08003-0734 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Denise E. Carlon | on behalf of Creditor JPMorgan Chase Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2023 | Form ID: orderntc | Total Noticed: 1 |

William S. Wolfson
                on behalf of Debtor Helena Litvak wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 6