| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ANDREA DOBIN, CHAPTER 7 TRUSTEE<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070 | Order Filed on August 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Helena Litvak,<br><br>      Debtor. | Case No. 16-20588(CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7 |

### ORDER AUTHORIZING RETENTION OF
### JOSEPH B. FRIEDMAN, CPA, ACCOUNTANT TO TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED:** August 25, 2023

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Joseph B. Friedman, CPA___

as___Accountant___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: ___Joseph B. Friedman, CPA___
    
    ___PO Box 734___
    
    ___Cherry Hill, NJ  08003___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4868-7314-9048, v. 1

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 16-20588-CMG

Helena Litvak     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Aug 25, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

**Recip ID     Recipient Name and Address**
db     #+  Helena Litvak, 34 Desbrosses Street, #205, New York, NY 10013-1775

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

**Name     Email Address**

Aleisha Candace Jennings
    on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com

Andrea Dobin
    ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrea Dobin
    on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com

Denise E. Carlon
    on behalf of Creditor JPMorgan Chase Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Aug 25, 2023     Form ID: pdf903     Total Noticed: 1

William S. Wolfson
           on behalf of Debtor Helena Litvak wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net

TOTAL: 6