Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−20588−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Helena Litvak
   aka Helena Glikin
   34 Desbrosses Street, #205
   New York, NY 10013−1778

Social Security No.:
   xxx−xx−3746

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      11/15/23
Time:      02:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Trenk DiPasquale Della Fera & Sodono, P.C., Trustee's Attorney

COMMISSION OR FEES
fee: $1,813.50

EXPENSES
expenses: $28.24

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 16, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Helena Litvak  
    Debtor

Case No. 16-20588-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 16, 2023      Form ID: 137      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Helena Litvak, 34 Desbrosses Street, #205, New York, NY 10013-1775 |
| cr | + | Elijahu Litvak, 326 W 19 St, Apt 4, New York, NY 10011-3914 |
| intp | + | Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2389 |
| 516209169 | | Alina Kuzmina-Potter, 19a Valkyrie Rd, Westcliff, Essex SS0 8BY, UNITED KINGDOM |
| 516209171 | | Alliance One Receivables Management, PO Box 510267, Livonia, MI 48151-6267 |
| 516209172 | | AllianceOne Port Authority of NY&NJ, c/o Alliance Receivable Management, Inc., PO Box 11641, Tacoma, WA 98411-6641 |
| 516209173 | | Capital 1/Neiman Marcus, PO Box 729080, Dallas, TX 75372-9080 |
| 516209184 | | Elijahu Litvak, c/o Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 516209186 | | Emergency Physician Services of NJ, c/o HCFS Healthcare Financial Services L, PO Box 740021, Cincinnati, OH 45274-0021 |
| 516209187 | + | Eugene Vignanker, 3856 W. Naughton Ave, Belmont, CA 94002-1260 |
| 516209188 | + | Hanan M. Isaacs, Esq., 4499 Route 27, PO Box 583, Kingston, NJ 08528-0583 |
| 516209193 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |
| 516209195 | + | NY Presbyterian Lower Manhattan Hospital, 170 William Street, New York, NY 10038-2612 |
| 516209190 | | Natalia Gelfand, Hahistadrut 6, Petach, Tikva 4954010, ISRAEL |
| 516209191 | | New York-Presbyterian/Lower Manhattan, c/o Network Recovery Services, Inc., PO Box 28898, New York, NY 10087-8898 |
| 516209198 | + | Pinnacle Med. dba Emergency Medical Care, 200 Chamber Street, New York, NY 10007-1131 |
| 516209199 | | Princeton HealthCare Heart Group, 4 Princess Road, Suite 207, Lawrence Township, NJ 08648-2322 |
| 516209200 | | Princeton HealthCare System, PO Box 789226, Philadelphia, PA 19178-9226 |
| 516209201 | | Princeton HealthCare System, PO Box 4045, Gaithersburg, MD 20885-4045 |
| 516209202 | | Princeton Medical Group PA, 419 North Harrison Street, Princeton, NJ 08540-3594 |
| 516209203 | + | Princeton Radiology Associates, c/o Ctech Coll, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2037 |
| 516209205 | | Related Management Company, LP, c/o BGL Credit LTD, PO Box 228, Woodmere, NY 11598-0228 |
| 516209206 | + | Related Management Company, LP, a/a/f Tribeca Green, LLC, 325 North End Avenue, New York, NY 10282-1026 |
| 516357314 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516209209 | + | The Deni Law Group, LLC, 32 Church Street, Flemington, NJ 08822-1786 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 16 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 16 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 16 2023 20:51:23 | JPMorgan Chase Bank, N.A., P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |

Case 16-20588-CMG    Doc 50    Filed 10/18/23    Entered 10/19/23 00:14:31    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 137 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| acc | + | Email/Text: joe@joefriedmancpa.biz | Oct 16 2023 20:48:00 | Joseph B. Friedman, P.O. Box 734, Cherry Hill, NJ 08003-0734 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 16 2023 20:48:00 | Wells Fargo Bank, National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 516265208 | + | Email/Text: EAGBankruptcy@coned.com | Oct 16 2023 20:49:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., BANKRUPTCY GROUP previously filed claim., 4 IRVING PLACE, ROOM 1875-S, NEW YORK, NY 10003-3502 |
| 516209179 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2023 20:49:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 516209180 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2023 20:49:00 | Comenity Bank/Pottery Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 516209182 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2023 20:49:00 | Comenity Bank/Restoration Hardware, PO Box 182789, Columbus, OH 43218-2789 |
| 516209181 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2023 20:49:00 | Comenity Bank/Restoration Hardware, Attention: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 516209183 | ^ | MEBN | Oct 16 2023 20:40:55 | Con Edison, JAF Station, PO Box 1702, New York, NY 10116-1702 |
| 516209185 | | Email/Text: akron_patient_services@teamhealth.com | Oct 16 2023 20:48:00 | Emergency Phys Svcs of NJ PA, Dept. A, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 516209189 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 16 2023 20:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516209174 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 16 2023 21:01:45 | Chase Auto, Attn: National Bankruptcy Dept, PO Box 29505, Phoenix, AZ 85038 |
| 516209175 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 16 2023 20:51:15 | Chase Auto, PO Box 901003, Ft Worth, TX 76101 |
| 516209176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 16 2023 21:01:41 | Chase Card Services, PO Box 15298, Wilmington, DE 19050 |
| 516209178 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 16 2023 20:50:23 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 516209194 | + | Email/Text: emurphy@millermilone.com | Oct 16 2023 20:48:00 | NY Presbyterian Lower Manhattan Hospital, c/o Miller & Milone, PC, 100 Quentin Roosevelt Blvd, Suite 205, Garden City, NY 11530-4843 |
| 516209196 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 16 2023 20:48:00 | Ocwen Loan Servicing, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 516432318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2023 21:01:45 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 516209204 | | Email/Text: clientservicesny@pcbinc.org | Oct 16 2023 20:49:00 | Professional Claims Bureau, Inc., PO Box 9060, Hicksville, NY 11802-9060 |
| 516293033 | | Email/Text: bnc-quantum@quantum3group.com | Oct 16 2023 20:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516209192 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 16 2023 20:48:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 516209207 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2023 20:51:15 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 516209208 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2023 20:51:05 | Synchrony Bank/PayPal Cr, PO Box 965005, Orlando, FL 32896-5005 |
| 516209211 | | Email/Text: dl-csgbankruptcy@charter.com | Oct 16 2023 20:49:00 | Time Warner Cable, PO Box 11820, Newark, NJ 07101-8120 |
| 516209212 | + | Email/Text: BAN5620@UCBINC.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 137 | Total Noticed: 53 |

| | | | Oct 16 2023 20:48:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
|---|---|---|---|---|
| 517651924 | + | Email/Text: RASEBN@raslg.com | Oct 16 2023 20:48:00 | Wells Fargo Bank National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516209168 | | Alexandra Petkevich, Prospect Nezovisimosti 18 apt 38, Minsk, BELARUS |
| 516209197 | | Olga Vutto, Prospect Pravda 8-178, Minsk, 220116, BELARUS |
| 516209177 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 516209170 | ##+ | Alliance One Receivables Management, 6565 Kimball Drive, Suite 200, Gig Harbor, WA 98335-1206 |
| 516209210 | ##+ | The Jack Parker Corporation, 118 W 57th Street, New York, NY 10019-3318 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank National Association ajennings@raslg.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com cgallo@msbnj.com |
| Denise E. Carlon | on behalf of Creditor JPMorgan Chase Bank N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| William S. Wolfson | on behalf of Debtor Helena Litvak wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 6