Order Filed on November 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MCMANIMON, SCOTLAND<br>& BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*ATTORNEYS FOR ANDREA DOBIN,*<br>*CHAPTER 7 TRUSTEE* | |
| IN RE:<br><br>Helena Litvak,<br><br>　　　　Debtor | Case No.   16-20588(CMG)<br><br>Hearing Date: November 21, 2023 at 2:00 p.m.<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

### ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES & EXPENSES TO TRENK DIPASQUALE DELLA FERA & SODONO PC COUNSEL TO ANDREA DOBIN, CHAPTER 7 TRUSTEE

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: November 21, 2023**

*[Signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Helena Litvak
Case No: 16-20588(CMG)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Trenk, DiPasquale, Della Fera & Sodono, PC counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.     Trenk, DiPasquale, Della Fera & Sodono, PC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $1,813.50 together with the sum of $28.24 for out-of-pocket disbursements, for a total allowance of $1,841.74.

4891-9323-3286, v. 1