| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>**Joseph B. Friedman**<br>*Certified Public Accountant*<br>P.O. Box 734<br>Cherry Hill, NJ  08003<br>(856) 428-3395<br>Accountant for Andrea Dobin, Chapter 7 Trustee | Order Filed on December 5, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>HELENA LITVAK,<br><br>                            Debtor. | Case No.  16-20588(CMG)<br><br>Hearing Date: December 5, 2023<br>at 2:00 p.m.<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

**ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF
FEES & EXPENSES TO JOSEPH B. FRIEDMAN, ACCOUNTANT
TO THE CHAPTER 7 TRUSTEE, ANDREA DOBIN**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: December 5, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Helena Litvak
Case No: 16-20588(CMG)
Caption of Order: Order Allowing Fees & Expenses of Accountant to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Joseph B. Friedman, accountant to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.   Joseph B. Friedman, accountant to the Trustee, is hereby granted first and final allowance for accounting services rendered to the Trustee in the sum of $1,982.50 and the sum of $20.00 for a total of $2,002.50 without prejudice to said accountant's right to seek additional allowances.

4873-5679-3224, v. 1

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 16-20588-CMG

Helena Litvak    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2

Date Rcvd: Dec 05, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helena Litvak, 34 Desbrosses Street, #205, New York, NY 10013-1775 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Attorney Trenk DiPasquale Della Fera & Sodono adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Denise E. Carlon | on behalf of Creditor JPMorgan Chase Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 — User: admin — Page 2 of 2
Date Rcvd: Dec 05, 2023 — Form ID: pdf903 — Total Noticed: 1

William S. Wolfson   on behalf of Debtor Helena Litvak wwolfsonlaw@comcast.net  liza.wwolfsonlaw@comcast.net

TOTAL: 7