UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrea Dobin
McManimon Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
609-695-6070
Email: adobin@msbnj.com

Order Filed on February 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Helena Litvak

Case No.: 16-20588-CMG

Hearing Date: 2/6/2024

Judge: Christine M. Gravelle

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Andrea Dobin, Trustee | $1,750.00 | $31.89 |

*rev. 7/1/04 jml*