**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrea Dobin
McManimon Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
609-695-6070
Email: adobin@msbnj.com

In Re:
Helena Litvak

Order Filed on February 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-20588-CMG
Hearing Date: 2/6/2024
Judge: Christine M. Gravelle
Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 6, 2024

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Andrea Dobin, Trustee | $1,750.00 | $31.89 |

*rev. 7/1/04 jml*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-20588-CMG |
| Helena Litvak | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

**Recip ID        Recipient Name and Address**
db          +   Helena Litvak, 34 Desbrosses Street, #205, New York, NY 10013-1775

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Aleisha Candace Jennings
                                  on behalf of Creditor Wells Fargo Bank  National Association ajennings@raslg.com

Andrea Dobin
                                  ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrea Dobin
                                  on behalf of Attorney Trenk DiPasquale Della Fera & Sodono adobin@msbnj.com  cgallo@msbnj.com

Andrea Dobin
                                  on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com

Denise E. Carlon
                                  on behalf of Creditor JPMorgan Chase Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                                  on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

William S. Wolfson     on behalf of Debtor Helena Litvak wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net

TOTAL: 7