UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ    07102
Telephone:(973) 645-3014
Facsimile:(973) 645-5993
E-mail: Fran.B.Steele@usdoj.gov

**Order Filed on January 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Helena Litvak,

Debtor.

Case No. 16-20588 (CMG)

Chapter 7

Hearing Date: January 28, 2025, at 2:00 p.m.

Judge:   Honorable Christine M. Gravelle

**ORDER REOPENING CHAPTER 7 CASE AND AUTHORIZING
APPOINTMENT OF CHAPTER 7 TRUSTEE PURSUANT
TO 11 U.S.C. § 350(b) AND FED. R. BANKR. P. 5010**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: January 28, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon consideration of the United States Trustee's motion, by and through counsel, for an Order reopening this case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for entry of the order, it is hereby:

**ORDERED** that Case No. 16-20588 is reopened; and it is further

**ORDERED** that the United States Trustee is authorized to appoint a chapter 7 trustee.