UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611
Tel.  973-681-7979
Joseph R. Zapata, Jr., Esq. (jzapata@msbnj.com)
Attorneys for Andrea Dobin, Chapter 7 Trustee

In Re:
HELENA LITVAK,
                        Debtor.

Case No.:    16-20588 (CMG)

Chapter:    7

Judge:    Christine M. Gravelle

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Andrea Dobin, Chapter 7 Trustee .  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  c/o Joseph R. Zapata, Jr., Esq.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, New Jersey 08611

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date:  January 28, 2025

/s/ Joseph R. Zapata, Jr., Esq.
Signature

*new.8/1/15*