UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ   07102
Telephone:(973) 645-3014
Facsimile:(973) 645-5993
E-mail: Fran.B.Steele@usdoj.gov

Order Filed on January 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Helena Litvak,

Debtor.

Case No. 16-20588 (CMG)

Chapter 7

Hearing Date: January 28, 2025, at 2:00 p.m.

Judge:  Honorable Christine M. Gravelle

**ORDER REOPENING CHAPTER 7 CASE AND AUTHORIZING
APPOINTMENT OF CHAPTER 7 TRUSTEE PURSUANT
TO 11 U.S.C. § 350(b) AND FED. R. BANKR. P. 5010**

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: January 28, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon consideration of the United States Trustee's motion, by and through counsel, for an Order reopening this case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for entry of the order, it is hereby:

**ORDERED** that Case No. 16-20588 is reopened; and it is further

**ORDERED** that the United States Trustee is authorized to appoint a chapter 7 trustee.

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 16-20588-CMG |
|---|---|
| Helena Litvak | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

**Recip ID        Recipient Name and Address**
db          +  Helena Litvak, 34 Desbrosses Street, #205, New York, NY 10013-1775

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2025               Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor Wells Fargo Bank  National Association ajennings@hillwallack.com |
| Andrea Dobin | on behalf of Attorney Trenk DiPasquale Della Fera & Sodono adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Denise E. Carlon | on behalf of Creditor JPMorgan Chase Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 28, 2025 | Form ID: pdf903 | Total Noticed: 1

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

William S. Wolfson
    on behalf of Debtor Helena Litvak wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net

TOTAL: 8