| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **McManimon, Scotland & Baumann, LLC** <br> 427 Riverview Plaza <br> Trenton, NJ  08611 <br> 609.695.6070 <br> Proposed Attorneys for Andrea Dobin, <br> Chapter 7 Trustee |
| In Re: <br><br> Helena Litvak <br><br>       Debtor |

Order Filed on April 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-20588(CMG)

Honorable Christine M. Gravelle, U.S.B.J.

Chapter 7

## ORDER AUTHORIZING RETENTION OF McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR ANDREA DOBIN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: April 22, 2025**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  McManimon, Scotland & Baumann, LLC  as  Counsel to Trustee  it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  McManimon, Scotland & Baumann, LLC

    427 Riverview Plaza

    Trenton, NJ  08611

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4849-9765-3879, v. 1

2