|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**McManimon, Scotland & Baumann, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>Proposed Attorneys for Andrea Dobin,<br>Chapter 7 Trustee |  |
| In Re:<br><br>Helena Litvak<br><br>      Debtor | Order Filed on April 22, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 16-20588(CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7 |

## ORDER AUTHORIZING RETENTION OF McMANIMON, SCOTLAND & BAUMANN, LLC, COUNSEL FOR ANDREA DOBIN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: April 22, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>    McManimon, Scotland & Baumann, LLC    </u> as <u>    Counsel to Trustee    </u> it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: <u>McManimon, Scotland & Baumann, LLC    </u>

   <u>427 Riverview Plaza    </u>

   <u>Trenton, NJ  08611    </u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4849-9765-3879, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-20588-CMG
Helena Litvak  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Apr 22, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

**Recip ID**      **Recipient Name and Address**
db      + Helena Litvak, 34 Desbrosses Street, #205, New York, NY 10013-1775

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Aleisha Candace Jennings
     on behalf of Creditor Wells Fargo Bank  National Association ajennings@hillwallack.com

Andrea Dobin
     on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com

Andrea Dobin
     on behalf of Attorney Trenk DiPasquale Della Fera & Sodono adobin@msbnj.com  cgallo@msbnj.com

Andrea Dobin
     ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Denise E. Carlon
     on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor JPMorgan Chase Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Apr 22, 2025     Form ID: pdf903     Total Noticed: 1

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Joseph R Zapata, Jr
    on behalf of Trustee Andrea Dobin jzapata@msbnj.com

Scott D. Platton
    on behalf of Trustee Andrea Dobin splatton@msbnj.com

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William S. Wolfson
    on behalf of Debtor Helena Litvak wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net

TOTAL: 11